In re BRAGAW ST., BOROUGH OF QUEENS.

(Supreme Court, Special Term, Kings County.   October 26, 1912.)

EMINENT DOMAIN (§ 265*)—PROCEEDINGS TO TAKE PROPERTY—PUBLIC IM-
PROVEMENTS—STREETS—COSTS.

In a proceeding for the taxation of costs expended in acquiring land for
the opening and extending of a street, which were first paid by the city
of New York, in accordance with Greater New York Charter (Laws 1901,
c. 466) §§ 258, 997, and for which the municipality is entitled to be re-
imbursed, the certificate granted under the charter and Laws 1909, c.
394, is presumptive evidence of the correctness of the charges, and makes
out a prima facie case of the legality and reasonableness of the costs.

[Ed. Note.—For other cases, see Eminent Domain, Cent. Dig. §§ 400, 690–
693;  Dec. Dig. § 265.*]

In the matter of Bragaw Street, from Skillman Avenue to Borden
Avenue, First Ward, Borough of Queens.   On motion for taxation
of costs.   Motion granted.

See, also, 141 N. Y. Supp. 987.

A. R. Watson, Joel J. Squier, Walter C. Sheppard, and John P. Smith, all
of New York City, for city of New York.   John R. McMullen, William R.
Keese, and Phelan Beale, all of New York City, for property owners.

STAPLETON, J.   This is an application for taxation of costs in
a proceeding for acquiring land for the opening and extending of a
street not yet named by proper authority.   The corporation counsel
certifies he had audited the bill.   The amount certified for commis-
sioners' fees is not assailed.   The only foundation for opposition is
an affidavit by the attorney for a property owner, who, without stat-
ing facts, deduces from the ratio which the cost of the proceeding
bears to the awards that the amounts charged by the city of New York
for reimbursement of the fund out of which charges made pursuant
to sections 258 and 997 of the Greater New York Charter and chapter
394, Laws of 1909, were paid are unreasonable and unwarranted.   The
certificate granted under the latter act is made presumptive evidence of
the correctness of the expense therein provided.   The affidavits in
relation to the charges made pursuant to sections 258 and 997 of the
Greater New York Charter made out a prima facie case of legality
and reasonableness.   See Matter of Collis, 80 App. Div. 287, 80 N.
Y. Supp. 307.

Motion granted.   Order signed.